# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gladys Elizabeth Elawwad | ) |
| *Plaintiff* | ) |
| v. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.     4:17-cv-1353-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other: The Commissioner's decision is reversed and the Court remands this matter to the Commissioner
pursuant to sentence four of   42 U.S.C. § 405(g).

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.,  United States District Judge, who adopted the Report and
Recommendation of the Honorable Thomas E. Rogers, III,  United States Magistrate Judge.

Date:    August 6, 2018

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance

_____
*Signature of Clerk or Deputy Clerk*